UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CORINN M. BERHOLTZ,

       Plaintiff,                      Case No.: 25CV1710

and

COMMON GROUND HEALTHCARE
COOPERATIVE,

       Involuntary Plaintiff,

v.

ROSEMEAD HOME & GARDEN, INC.,
ABC INSURANCE COMPANY,
AMAZON.COM, INC.,
AMAZON.COM SERVICES, LLC,
AMAZON MARKETPLACE,
DEF INSURANCE COMPANY,
ABC CORPORATION and
GHI INSURANCE COMPANY,

       Defendants.

## NOTICE OF REMOVAL

Defendants Amazon.com, Inc. and Amazon.com Services, LLC (together, "Amazon")[1] hereby remove this action from the Circuit Court for Milwaukee County, Wisconsin to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 on the grounds that there is diversity of citizenship among the parties and the amount in controversy exceeds $75,000 excluding interest and costs. In support of removal, Amazon states as follows:

---

[1] Plaintiff also named "Amazon Marketplace" as a defendant in the State Court Action (defined, *infra*), but Amazon Marketplace is not an actual registered entity. Accordingly, this Notice is being filed on behalf of Amazon.com, Inc. and Amazon.com Services, LLC only.

## State Court File

1. Plaintiff Corinn M. Berholtz ("Plaintiff") initiated this action by filing a Complaint on October 1, 2025 in the Circuit Court for Milwaukee County, Wisconsin, styled as *Corinn M. Berholtz, et al. v. Rosemead Home & Garden, Inc., et al.*, Case No. 2025-CV-008537 (the "State Court Action"). Pursuant to 28 U.S.C. § 1446(a), a complete copy of the file in the State Court Action, including all process, pleadings, and orders served upon Amazon, is attached hereto as **Exhibit A**. No motion is pending in the State Court Action as of the date of the filing of this Notice.

## Timeliness of Removal

2. Plaintiff served a copy of the Summons and Complaint filed in the State Court Action on Amazon.com, Inc. on October 2, 2025, and Amazon Services, LLC on October 3, 2025. (*See* Ex. A., at 38-39 (Amazon.com, Inc. and Amazon Services, LLC's respective affidavits of service.) Because this Notice is being filed within 30 days of the dates that Amazon was served a copy of the initial pleading in the State Court Action, removal is timely pursuant to 28 U.S.C. § 1446(b), as computed under Fed. R. Civ. P. 6(a).

## Nature of Plaintiff's Claims

3. Plaintiff asserts causes of action for negligence and strict liability. Plaintiff alleges that she was injured by a fire pit designed and manufactured by Defendant Rosemead Home & Garden, Inc. ("Rosemead") and sold and distributed by Amazon. (*See* Ex. A., Compl., at ¶¶ 12-30.)

## Diversity Jurisdiction

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1).

5. First, upon information and belief, the matter in controversy exceeds $75,000 exclusive of interest and costs. *See Webb v. Fin. Indus. Regul. Auth., Inc.*, 889 F.3d 853, 859

(7th Cir. 2018) (explaining that "a plausible and good faith estimate of the amount in controversy" establishes diversity jurisdiction).

6. Second, there is complete diversity of citizenship because Plaintiffs and Defendants are citizens of different States.

7. Plaintiff is a citizen of Wisconsin because her principal residence is located at 501 Pearl Avenue, H101, Oshkosh, Wisconsin 54901. (*See* Ex. A, Compl., ¶ 1.)

8. Involuntary Plaintiff Common Ground Healthcare Cooperative is a citizen of Wisconsin because it is incorporated under the laws of Wisconsin and its principal place of business is located at 300 North Executive Drive, Suite 300, Brookfield, Wisconsin 53005.

9. Defendant Rosemead is a citizen of California because it is incorporated under the laws of California and its principal place of business is located at 2151 East Francis Street, Ontario, California 91761.

10. Defendant Amazon.com, Inc. is a citizen of Delaware and Washington because it is incorporated under the laws of Delaware and its principal place of business is located at 410 Terry Avenue North, Seattle, Washington 98109.

11. Defendant Amazon.com Services, LLC is a citizen of Delaware and Washington because its sole member, Amazon.com Sales, Inc., is a citizen of Delaware and Washington because it is incorporated under the laws of Delaware and its principal place of business is located at 410 Terry Avenue North, Seattle, Washington 98109.

12. Defendant Amazon Marketplace is not an actual, registered entity. Accordingly, Amazon Marketplace is a nominal party that is irrelevant to determining diversity of citizenship for purposes of removal, because it is not a real party in interest in this dispute. *See Vandervest v. Wis. Cent., Ltd.*, 936 F. Supp. 601, 603 (E.D. Wis. 1996).

13. Defendants ABC Insurance Company, DEF Insurance Company, ABC Corporation, and GHI Insurance Company are fictitious defendants named in the State Court

Action pursuant to Wis. Stat. § 807.12(1). (*See* Ex. A., Compl., ¶¶ 4, 8-10.) The citizenship of these fictious parties is irrelevant to determining whether the State Court Action is removable to this Court. *See* 28 U.S.C. § 1441(b)(1).

## Consent to Removal

14. All Defendants who have been properly joined and served have consented to the removal of the State Court Action to this Court through their undersigned counsel. *See* 28 U.S.C. § 1446(b)(2)(A).

## Venue

15. Venue is proper in this Court pursuant to 28 U.S.C. § 1446(a) because this Court is the district and division within which the State Court Action is pending.

## Service of Notice

16. A copy of this Notice is being served on all adverse parties and filed with the Clerk of the Milwaukee County Circuit Court pursuant to 28 U.S.C. § 1446(d).

## Preservation of Defenses

17. By filing this Notice, Amazon does not waive, and hereby reserves, all rights to assert any applicable objection or affirmative defense to Plaintiff's Complaint.

WHEREFORE, Amazon respectfully requests that this action be removed from the Circuit Court of Milwaukee County, Wisconsin to the United States District Court for the Eastern District of Wisconsin.

[SIGNATURE BLOCKS ON FOLLOWING PAGE]

Dated this 3rd day of November, 2025.

                              **GASS TUREK LLC**
*Attorneys for Defendants Amazon.com, Inc. and Amazon.com Services, LLC*

*s/ Richard T. Orton*
Richard T. Orton (WI SBN 1075733)
orton@gassturek.com
Joshua S. Greenberg (WI SBN 1107959)
greenberg@gassturek.com
241 N. Broadway, Suite 300
Milwaukee, Wisconsin 53202
Tel: 414-223-3300
Fax: 414-224-6116

**LAW OFFICES OF JOSEPH A. MARCINIAK**
*Attorneys for Defendant Rosemead Home & Garden, Inc.*

*s/ Nicholas Johnson*
Nicholas Johnson (WI SBN 1059102)
nicholas.johnson@thehartford.com
200 W. Madison St.
Chicago, IL 60606
Tel: 312-384-7974
Fax: 877-369-4880