**FILED**
**10-01-2025**
**Anna Maria Hodges**
**Clerk of Circuit Court**
**2025CV008537**
**Honorable Reyna Morales-42**
**Branch 42**

**STATE OF WISCONSIN**                    **CIRCUIT COURT**                    **MILWAUKEE**

Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al

**Electronic Filing Notice**

Case No. 2025CV008537
Class Code: Product Liability

COMMON GROUND HEALTHCARE COOPERATIVE
120 BISHOPS WAY, STE 150
BROOKFIELD WI 53005

Case number 2025CV008537 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: ea4525**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4140.

Milwaukee County Circuit Court
Date: October 1, 2025

GF-180(CCAP), 11/2020 Electronic Filing Notice                                §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

**FILED**
**10-01-2025**
**Anna Maria Hodges**
**Clerk of Circuit Court**
**2025CV008537**
**Honorable Reyna Morales-42**
**Branch 42**

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **MILWAUKEE**

Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al

**Electronic Filing Notice**

Case No. 2025CV008537
Class Code: Product Liability

ROSEMEAD HOME & GARDEN, INC.
2181 E. FRANCIS ST.
C/O LESHI HUANG, REGISTERED AGENT
ONTARIO CA 91761

Case number 2025CV008537 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: ea4525**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4140.

Milwaukee County Circuit Court
Date: October 1, 2025

GF-180(CCAP), 11/2020 Electronic Filing Notice §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

Case 2:25-cv-01710-WED    Filed 11/03/25    Page 2 of 40    Document 1-1

Page 2

**STATE OF WISCONSIN**  **CIRCUIT COURT**  **MILWAUKEE**

Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al

**Electronic Filing Notice**

Case No. 2025CV008537
Class Code: Product Liability

**FILED**
**10-01-2025**
**Anna Maria Hodges**
**Clerk of Circuit Court**
**2025CV008537**
**Honorable Reyna Morales-42**
**Branch 42**

ABC INSURANCE COMPANY

Case number 2025CV008537 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: ea4525**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4140.

Milwaukee County Circuit Court
Date: October 1, 2025

GF-180(CCAP), 11/2020 Electronic Filing Notice    §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

Case 2:25-cv-01710-WED    Filed 11/03/25    Page 3 of 40    Document 1-1

Page 3

FILED
10-01-2025
Anna Maria Hodges
Clerk of Circuit Court
2025CV008537
Honorable Reyna Morales-42
Branch 42

**STATE OF WISCONSIN**       **CIRCUIT COURT**       **MILWAUKEE**

Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al

**Electronic Filing Notice**

Case No. 2025CV008537
Class Code: Product Liability

AMAZON.COM, INC.
410 TERRY AVENUE NORTH
SEATTLE WA 98109

Case number 2025CV008537 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: ea4525**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4140.

Milwaukee County Circuit Court
Date: October 1, 2025

GF-180(CCAP), 11/2020 Electronic Filing Notice    §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

Case 2:25-cv-01710-WED    Filed 11/03/25    Page 4 of 40    Document 1-1

Page 4

FILED
10-01-2025
Anna Maria Hodges
Clerk of Circuit Court
2025CV008537
Honorable Reyna Morales-42
Branch 42

**STATE OF WISCONSIN**      **CIRCUIT COURT**      **MILWAUKEE**

Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al

**Electronic Filing Notice**

Case No. 2025CV008537
Class Code: Product Liability

AMAZON.COM SERVICES, LLC.
410 TERRY AVENUE NORTH
SEATTLE WA 98109

Case number 2025CV008537 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: ea4525**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4140.

Milwaukee County Circuit Court
Date: October 1, 2025

GF-180(CCAP), 11/2020 Electronic Filing Notice    This form shall not be modified. It may be supplemented with additional material.    §801.18(5)(d), Wisconsin Statutes

**FILED**
**10-01-2025**
**Anna Maria Hodges**
**Clerk of Circuit Court**
**2025CV008537**
**Honorable Reyna Morales-42**
**Branch 42**

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **MILWAUKEE**

Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al

**Electronic Filing Notice**

Case No. 2025CV008537
Class Code: Product Liability

AMAZON MARKETPLACE
410 TERRY AVENUE NORTH
SEATTLE WA 98109

Case number 2025CV008537 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: ea4525**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4140.

Milwaukee County Circuit Court
Date: October 1, 2025

GF-180(CCAP), 11/2020 Electronic Filing Notice    §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

FILED
10-01-2025
Anna Maria Hodges
Clerk of Circuit Court
2025CV008537
Honorable Reyna Morales-42
Branch 42

**STATE OF WISCONSIN**         **CIRCUIT COURT**         **MILWAUKEE**

Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al

**Electronic Filing Notice**

Case No. 2025CV008537
Class Code: Product Liability

DEF INSURANCE COMPANY

Case number 2025CV008537 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: ea4525**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4140.

Milwaukee County Circuit Court
Date: October 1, 2025

GF-180(CCAP), 11/2020 Electronic Filing Notice
This form shall not be modified. It may be supplemented with additional material.
§801.18(5)(d), Wisconsin Statutes

Case 2:25-cv-01710-WED    Filed 11/03/25    Page 7 of 40    Document 1-1

Page 7

**STATE OF WISCONSIN**  **CIRCUIT COURT**  **MILWAUKEE**

Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al

**Electronic Filing Notice**

Case No. 2025CV008537
Class Code: Product Liability

**FILED**
**10-01-2025**
**Anna Maria Hodges**
**Clerk of Circuit Court**
**2025CV008537**
**Honorable Reyna Morales-42**
**Branch 42**

ABC CORPORATION

Case number 2025CV008537 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: ea4525**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4140.

Milwaukee County Circuit Court
Date: October 1, 2025

GF-180(CCAP), 11/2020 Electronic Filing Notice   §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

Case 2:25-cv-01710-WED   Filed 11/03/25   Page 8 of 40   Document 1-1

Page 8

**STATE OF WISCONSIN**      **CIRCUIT COURT**      **MILWAUKEE**

Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al

**Electronic Filing Notice**

Case No. 2025CV008537
Class Code: Product Liability

**FILED**
**10-01-2025**
**Anna Maria Hodges**
**Clerk of Circuit Court**
**2025CV008537**
**Honorable Reyna Morales-42**
**Branch 42**

GHI INSURANCE COMPANY

Case number 2025CV008537 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: ea4525**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4140.

Milwaukee County Circuit Court
Date: October 1, 2025

GF-180(CCAP), 11/2020 Electronic Filing Notice    §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

Case 2:25-cv-01710-WED    Filed 11/03/25    Page 9 of 40    Document 1-1

Page 9

**FILED**
**10-01-2025**
**Anna Maria Hodges**
**Clerk of Circuit Court**
**2025CV008537**
**Honorable Reyna Morales-42**
**Branch 42**

STATE OF WISCONSIN        CIRCUIT COURT        MILWAUKEE COUNTY

-----------------------------------------------------------------------------------------------------

CORINN M. BERHOLTZ
f/k/a Corinn Lichtwald
501 Pearl Avenue, H101
Oshkosh, WI 54901,

       Plaintiff,

COMMON GROUND HEALTHCARE COOPERATIVE
120 Bishops Way, Ste 150
Brookfield, WI 53005,

       Involuntary Plaintiff,
    vs.

ROSEMEAD HOME & GARDEN, INC.
c/o Leshi Huang, Registered Agent
2181 E. Francis St.
Ontario, CA 91761,

ABC INSURANCE COMPANY
one or more fictitious insurance corporations,

AMAZON.COM, INC.,
410 Terry Avenue North
Seattle, WA 98109,

AMAZON.COM SERVICES, LLC.,
410 Terry Avenue North
Seattle, WA 98109,

AMAZON MARKETPLACE
410 Terry Avenue North
Seattle, WA 98109,

DEF INSURANCE COMPANY
One or more fictitious insurance corporations,

ABC CORPORATION
One or more fictitious corporations,

**SUMMONS**

**PRODUCTS LIABILITY: 30100**
**AMOUNT CLAIMED GREATER**
     **THAN $10,000.00**

GHI INSURANCE COMPANY
One or more fictitious insurance corporations,

        Defendants.

---

**THE STATE OF WISCONSIN**
**TO EACH PERSON NAMED ABOVE AS A DEFENDANT:**

You are hereby notified that the plaintiff named above has filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action. Within forty-five (45) days after receiving this Summons, you must respond to the Complaint with a written Answer, as that term is used in Chapter 802 of the Wisconsin Statutes. The Court may reject or disregard an Answer that does not follow the requirements of the statutes. The Answer must be sent or delivered to the Court, whose address is 901 North Ninth Street, Milwaukee, Wisconsin, 53233, and to Habush Habush & Rottier S.C.®, whose address is 777 East Wisconsin Avenue, Suite 2300, Milwaukee, Wisconsin, 53202. You may have an attorney help or represent you.

If you do not provide a proper Answer within forty-five (45) days, the Court may grant judgment against you for the award of money or other legal action in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated at Milwaukee, Wisconsin this 1st day of October 2025.

                                **HABUSH HABUSH & ROTTIER S.C.®**
                                Attorneys for Plaintiffs

Electronically signed:        */s/ Timothy S. Trecek*_____
                                Timothy S. Trecek

2

State Bar No. 1021161
ttrecek@habush.com
Jesse B. Blocher
State Bar No. 1059460
jblocher@habush.com

P.O. ADDRESS:
US Bank Building
777 East Wisconsin Avenue
Suite 2300
Milwaukee, WI   53202
(414) 271-0900


**HERRLING CLARK LAW FIRM LTD.**
John D. Claypool
State Bar No. 1003743
jclaypool@herrlingclark.com

P.O. ADDRESS:
800 N. Lynndale Drive
Appleton, WI 54914
(920) 710-6748

3

FILED
10-01-2025
Anna Maria Hodges
Clerk of Circuit Court
2025CV008537
Honorable Reyna Morales-42
Branch 42

STATE OF WISCONSIN        CIRCUIT COURT        MILWAUKEE COUNTY

-------------------------------------------------------------------------------------------

CORINN M. BERHOLTZ
f/k/a Corinn Lichtwald
501 Pearl Avenue, H101
Oshkosh, WI 54901,

        Plaintiff,

COMMON GROUND HEALTHCARE COOPERATIVE
120 Bishops Way, Ste 150
Brookfield, WI 53005,

        Involuntary Plaintiff,

   vs.

ROSEMEAD HOME & GARDEN, INC.
c/o Leshi Huang, Registered Agent
2181 E. Francis St.
Ontario, CA 91761,

ABC INSURANCE COMPANY
one or more fictitious insurance corporations,

AMAZON.COM, INC.,
410 Terry Avenue North
Seattle, WA 98109,

AMAZON.COM SERVICES, LLC.,
410 Terry Avenue North
Seattle, WA 98109,

AMAZON MARKETPLACE
410 Terry Avenue North
Seattle, WA 98109,

DEF INSURANCE COMPANY
One or more fictitious insurance corporations,

ABC CORPORATION
One or more fictitious corporations,

**COMPLAINT**

**PRODUCTS LIABILITY: 30100**
**AMOUNT CLAIMED GREATER**
    **THAN $10,000.00**

GHI INSURANCE COMPANY
One or more fictitious insurance corporations,

    Defendants.

-----------------------------------------------------------------------------------------------------------------

The above-named plaintiff, Corrin M. Berholtz, by **HABUSH HABUSH & ROTTIER S.C.®**, her attorneys, as and for a Complaint against the above-named defendants, alleges and shows to the Court as follows:

### GENERAL ALLEGATIONS APPLICABLE
### TO ALL CLAIMS FOR DAMAGES

1.   At the present time, the plaintiff, Corinn M. Berholtz f/k/a Corinn Lichtwald (hereinafter "Corinn M. Berholtz"), is a citizen and resident of the State of Wisconsin residing at 501 Pearl Avenue, H101, Oshkosh, WI 54901.

2.   At the present time, the involuntary plaintiff, Common Ground Healthcare Cooperative (hereinafter "Common Ground"), is a domestic corporation duly organized and existing under and by virtue of the laws of the State of Wisconsin, with offices of its Registered Agent, c/o Corporation Service Company, 33 E. Main St., Ste. 610, Madison, WI 53703, and with its principal place of business located at 120 Bishops Way, Suite 150, Brookfield, WI 53005; Common Ground is an involuntary plaintiff by reason of Wis. Stat. §803.03, as it may have an interest in the plaintiff's claim by reason of its being the medical benefits provider for the plaintiff, Corinn M. Berholtz.

3.   At the present time, the defendant, Rosemead Home & Garden, Inc. (hereinafter "Rosemead"), is a foreign corporation licensed to do business in the State of Wisconsin, with its Registered Agent, Leshi Huang, and principal place of business located at 2181 E. Francis St., Ontario, CA 91761; on information and belief, Rosemead is in the business of manufacturing,

2

selling, and distributing Kante fire pits and therefore is a proper party defendant herein and upon information and belief, does substantial business in Milwaukee County.

4.     On information and belief, an unknown insurance company(s), herein designated pursuant to Wis. Stat. §807.12 by the fictitious name of ABC Insurance Company, had issued a policy(s) of insurance to Rosemead, which policy provided coverage to Rosemead for claims such as those hereinafter set forth in this Complaint and which policy of insurance was in full force and effect at the time of the hereinafter described matter; in the contract(s) of insurance, this defendant insurance company reserved the right to settle or adjust any claims arising thereunder and to defend any lawsuits instituted by virtue of any such claims; by virtue of this contract of insurance, this defendant insurance company is a proper party defendant herein.

5.     At the present time, the defendant, Amazon.com, Inc. is a foreign corporation licensed to do business in the State of Wisconsin and conducts substantial business in Milwaukee County, with its principal place of business located at 410 Terry Avenue North, Seattle, Washington 98109, and its  registered agent for service of process in the State of Washington is Corporation Service Company, 300 Deschutes Way SW, Suite 208, Tumwater, Washington 98501. Amazon.com, Inc. is in the business of selling and distributing Kante fire pits to consumers on behalf of Rosemead.

6.     At the present time, the defendant, Amazon.com Services, LLC is a foreign limited liability company, licensed to do business in the State of Wisconsin and conducts substantial business in Milwaukee County, with its principal place of business located at 410 Terry Avenue North, Seattle, Washington 98109, and its registered agent for service of process in the State of Wisconsin is Corporation Service Company, 33 East Main Street, Suite 610, Madison, WI 53703.

3

Amazon.com Services, LLC is in the business of selling and distributing Kante fire pits to consumers on behalf of Rosemead.

7. At the present time, the defendant, Amazon Marketplace is a foreign corporation licensed to do business in the State of Wisconsin and conducts substantial business in Milwaukee County, with its principal place of business located at 410 Terry Avenue North, Seattle, Washington 98109, and its registered agent for service of process in the State of Washington is Corporation Service Company, 300 Deschutes Way SW, Suite 208, Tumwater, Washington 98501. Amazon Marketplace is in the business of fulfilling orders of third-party sellers and may have assisted in distributing Kante fire pits to consumers on behalf of Rosemead.

8. On information and belief, an unknown insurance company(s), herein designated pursuant to Wis. Stat. §807.12 by the fictitious name of DEF Insurance Company, had issued a policy(s) of insurance collectively and individually to Amazon, Inc., Amazon.com Services, LLC, and Amazon Marketplace which policy provided coverage to these entities for claims such as those hereinafter set forth in this Complaint and which policy of insurance was in full force and effect at the time of the hereinafter described matter; in the contract(s) of insurance, this defendant insurance company reserved the right to settle or adjust any claims arising thereunder and to defend any lawsuits instituted by virtue of any such claims; by virtue of this contract of insurance, this defendant insurance company is a proper party defendant herein.

9. On information and belief, an unknown corporation, herein designated pursuant to Wis. Stat. §807.12 by the fictitious name of ABC Corporation, is a foreign corporation duly licensed to do business in the State of Wisconsin. On information and belief, at the present time, and at all times material hereto, ABC Corporation was and has been engaged in substantial and not isolated activities within this State, and solicitation and/or service activities were and are

4

carried on within this State by or on behalf of ABC Corporation, and products, materials or things processed, serviced or manufactured by ABC Corporation were and are sold, used and consumed within this State in the ordinary course of trade. At all times material hereto, on information and belief, ABC Corporation was engaged in the business of manufacturing, selling, and distributing Kante fire pits and therefore is a proper party defendant herein and upon information and belief, does substantial business in Milwaukee County.

10. On information and belief, an unknown insurance company(s), herein designated pursuant to Wis. Stat. §807.12 by the fictitious name of GHI Insurance Company, had issued a policy(s) of insurance collectively and individually to ABC Corporation, which policy provided coverage to these entities for claims such as those hereinafter set forth in this Complaint and which policy of insurance was in full force and effect at the time of the hereinafter described matter; in the contract(s) of insurance, this defendant insurance company reserved the right to settle or adjust any claims arising thereunder and to defend any lawsuits instituted by virtue of any such claims; by virtue of this contract of insurance, this defendant insurance company is a proper party defendant herein.

11. Involuntary Plaintiff, Common Ground, is the medical benefits provider for the plaintiff, Corinn Berholtz, and as such, was obligated to pay hospital and medical bills for the treatment of the decedent for the injuries sustained as alleged; by reason of these injuries, Common Ground expended money as for the hospital and medical bills and, therefore, may have a subrogation interest herein to the extent of its payments.

12. On or about December 23, 2022, the plaintiff, Corinn M. Berholtz, was visiting at a friend's house, the Wolfgram family, where there was a Kante liquid fueled tabletop fire pit that the owner of the home lit so that the kids could toast s'mores.

13.     At this time and place, the Kante liquid fueled tabletop fire pit generated flame jetting, causing the flames to severely burn the plaintiff, Corinn M. Berholtz, causing her to suffer serious permanent personal injuries.

### CLAIM FOR INJURIES AND DAMAGES BASED ON NEGLIGENCE OF THE DEFENDANT, ROSEMEAD

14.     Reallege and incorporate herein by reference all of the allegations of paragraphs 1-13 of the Complaint herein.

15.     Rosemead designed and manufactured the Kante fire pit in question in this case.

16.     In the alternative to paragraph 15, Rosemead sold and distributed the Kante fire pit in question in this case.

17.     The defendant, Rosemead, by its employees, agents and representatives, was negligent in the design, testing, manufacture, marketing, service, repair, and maintenance, distribution and sale of the subject fire pit involved in this accident, including but not limited to, failing to provide a fire pit that operated safely; failing to provide adequate warnings and instructions on and with the fire pit; failing to properly test the subject fire pit; failing to properly service, repair, and maintain the fire pit; and by placing a product on the market that was unreasonably dangerous and could cause serious personal injuries to any potential user; and was otherwise negligent.

18.     The above and foregoing acts of negligence on the part of the defendant, Rosemead, were a direct and proximate cause of the injuries and damages sustained by the plaintiff, Corinn M. Berholtz.

19.     As a result of the negligence on the part of the defendant, Rosemead, as afore alleged, the plaintiff, Corinn M. Berholtz, sustained permanent injuries and damages, including

6

past and future pain, suffering, disfigurement, disability, humiliation, embarrassment, worry and mental distress, all of which is permanent in nature, and loss of enjoyment of life; past wage loss and impairment of future earning capacity; past and future medical expenses; and other compensable injuries.

## CLAIM FOR DAMAGES BASED ON STRICT LIABILITY
## OF THE DEFENDANT, ROSEMEAD AS DESIGNERS/MANUFACTURERS

20. Reallege and incorporate herein by reference all of the allegations of paragraphs 1-19 of the Complaint herein.

21. Pursuant to Wis. Stat. § 895.047, the Kante tabletop fire pit designed and manufactured by Rosemead was in a defective condition so as to be unreasonably dangerous to users with respect to its design, testing, manufacture, marketing, distribution, sale and warnings when it left the possession and control of the defendant, Rosemead. Specifically, it was defective in three ways: (1) because of inadequate instructions or warnings as the foreseeable risks of harm posed by the product could have been reduced or avoided by the provision of reasonable instructions or warnings by the manufacturer and the omission of the instructions or warnings rendered the product not reasonably safe, (2) because it contained a manufacturing defect that departed from its intended design and led to its failure, and (3) because the risks of harm posed by the product could have been reduced or avoided by the adoption of a reasonable alternative design by the manufacturer and the omission of the alternative design renders the product not reasonably safe.

22. The aforedescribed defectively designed and manufactured condition rendered the subject fire pit unreasonably dangerous and was a direct and proximate cause of the injuries and damages sustained by the plaintiff, Corinn M. Berholtz.

7

23.     As a result of the aforedescribed defectively designed condition of the subject fire pit, the plaintiff, Corinn M. Berholtz, sustained injuries and damages as described above.

24.     As an alternative allegation, to the extent Rosemead was a seller/distributor of the Kante fire pit in question, but the fire pit was designed and manufactured by a different entity, Defendant Rosemead sold the fire pit in question and is therefore liable as a seller/distributor under Wis. Stat. §895.047(2). Defendant, Rosemead, assumed contractual responsibility for design, manufacturing, and/or rendering of the warnings for the fire pit. Moreover, plaintiffs will not be able to fully enforce a judgment against the designer/manufacturer and its insurer. As such, defendant Rosemead is liable as a seller and distributor of the fire pit under Wis. Stat. § 895.047(2).

### CLAIM FOR INJURIES AND DAMAGES BASED ON NEGLIGENCE OF THE AMAZON DEFENDANTS

25.     Reallege and incorporate herein by reference all of the allegations of paragraphs 1-24 of the Complaint herein.

26.     At all times material hereto, defendants Amazon, Inc., Amazon.com Services, LLC, and Amazon Marketplace, both collectively and individually, by their employees, agents, and representatives, were negligent in selling, distributing, failing to recall, failing to warn customers, and/or failing to remedy known defects with the subject fire pit after consumer complaints and claims, and was otherwise negligent. The amazon defendants were on notice of potential significant hazards with the Kante fire pits prior to selling the subject fire pit that injured the plaintiff.

27.     The above and foregoing acts of negligence on the part of defendants Amazon, Inc., Amazon.com Services, LLC, and Amazon Marketplace, both collectively and individually, were

a direct and proximate cause of the injuries and damages sustained by the plaintiff, Corinn M. Berholtz.

28.     As a result of the negligence on the part of the defendants Amazon, Inc., Amazon.com Services, LLC, and Amazon Marketplace, both collectively and individually, as afore alleged, the plaintiff, Corinn M. Berholtz, sustained permanent injuries and damages, including past and future pain, suffering, disfigurement, disability, humiliation, embarrassment, worry and mental distress, all of which is permanent in nature, and loss of enjoyment of life; past wage loss and impairment of future earning capacity; past and future medical expenses; and other compensable injuries.

## CLAIMS BASED ON STRICT LIABILITY AGAINST DEFENDANT, AMAZON, AS SELLER

29.     Reallege and incorporate herein by reference all of the allegations of paragraphs 1-28 of the Complaint herein.

30.     Defendants Amazon, Inc., Amazon.com Services, LLC, and Amazon Marketplace, both collectively and individually, sold the Kante fire pit in question to the end consumer, distributing and the subject fire pit for Rosemead. Defendants Amazon, Inc., Amazon.com Services, LLC, and Amazon Marketplace are therefore liable as sellers/distributors under Wis. Stat. §895.047(2). Defendants Amazon, Inc., Amazon.com Services, LLC, and Amazon Marketplace assumed contractual responsibility for design, manufacturing, and/or rendering of the warnings for the subject fire pit. Moreover, plaintiffs will not be able to fully enforce a judgment against the defendant, Rosemead and its insurer. As such, defendants Amazon, Inc., Amazon.com Services, LLC, and Amazon Marketplace are liable as sellers and distributors of the fire pit and for any liability of defendant Rosemead under Wis. Stat. § 895.047(2).

9

## CLAIM FOR INJURIES AND DAMAGES BASED ON
## NEGLIGENCE OF THE DEFENDANT, ABC CORPORATION

31.     Reallege and incorporate herein by reference all of the allegations of paragraphs 1-30 of the Complaint herein.

32.     ABC Corporation designed and manufactured the Kante fire pit in question in this case.

33.     In the alternative to paragraph 32, ABC Corporation sold and distributed the Kante fire pit in question in this case.

34.     The defendant, ABC Corporation, by its employees, agents and representatives, was negligent in the design, testing, manufacture, marketing, service, repair, and maintenance, distribution and sale of the subject fire pit involved in this accident, including but not limited to, failing to provide a fire pit that operated safely; failing to provide adequate warnings and instructions on and with the fire pit; failing to properly test the subject fire pit; failing to properly service, repair, and maintain the fire pit; and by placing a product on the market that was unreasonably dangerous and could cause serious personal injuries to any potential user; and was otherwise negligent.

35.     The above and foregoing acts of negligence on the part of the defendant, ABC Corporation, were a direct and proximate cause of the injuries and damages sustained by the plaintiff, Corinn M. Berholtz.

36.     As a result of the negligence on the part of the defendant, ABC Corporation, as afore alleged, the plaintiff, Corinn M. Berholtz, sustained permanent injuries and damages, including past and future pain, suffering, disfigurement, disability, humiliation, embarrassment, worry and mental distress, all of which is permanent in nature, and loss of enjoyment of life; past

10

wage loss and impairment of future earning capacity; past and future medical expenses; and other compensable injuries.

## CLAIM FOR DAMAGES BASED ON STRICT LIABILITY OF THE DEFENDANT, ABC CORPORATION AS DESIGNERS/MANUFACTURERS

37. Reallege and incorporate herein by reference all of the allegations of paragraphs 1-36 of the Complaint herein.

38. Pursuant to Wis. Stat. § 895.047, the Kante tabletop fire pit designed and manufactured by ABC Corporation was in a defective condition so as to be unreasonably dangerous to users with respect to its design, testing, manufacture, marketing, distribution, sale and warnings when it left the possession and control of the defendant, ABC Corporation. Specifically, it was defective in three ways: (1) because of inadequate instructions or warnings as the foreseeable risks of harm posed by the product could have been reduced or avoided by the provision of reasonable instructions or warnings by the manufacturer and the omission of the instructions or warnings rendered the product not reasonably safe, (2) because it contained a manufacturing defect that departed from its intended design and led to its failure, and (3) because the risks of harm posed by the product could have been reduced or avoided by the adoption of a reasonable alternative design by the manufacturer and the omission of the alternative design renders the product not reasonably safe.

39. The aforedescribed defectively designed and manufactured condition rendered the subject fire pit unreasonably dangerous and was a direct and proximate cause of the injuries and damages sustained by the plaintiff, Corinn M. Berholtz.

40. As a result of the aforedescribed defectively designed condition of the subject fire pit, the plaintiff, Corinn M. Berholtz, sustained injuries and damages as described above.

11

41.     As an alternative allegation, to the extent ABC Corporation was a seller/distributor of the Kante fire pit in question, but the fire pit was designed and manufactured by a different entity, Defendant ABC Corporation sold the fire pit in question and is therefore liable as a seller/distributor under Wis. Stat. §895.047(2). Defendant, ABC Corporation, assumed contractual responsibility for design, manufacturing, and/or rendering of the warnings for the fire pit. Moreover, plaintiffs will not be able to fully enforce a judgment against the designer/manufacturer and its insurer. As such, defendant ABC Corporation is liable as a seller and distributor of the fire pit under Wis. Stat. § 895.047(2).

WHEREFORE, the plaintiff demands judgment against the defendants for the amount of damages found to be appropriate, together with the costs, disbursements and prejudgment interest in this action.

In the event of settlement or verdict in favor of the plaintiff, plaintiff demands judgment for an order declaring the plaintiff's rights to such settlement/verdict proceeds paramount to those of any subrogated party.

Finally, in the event of any subrogated party's failure to respond to this Complaint in a timely manner, the plaintiff requests this Court to grant an order dismissing the subrogated party from this action and barring any claim for subrogation and/or reimbursement, and barring the subrogated party from participating in any judgment or settlement in this action.

Plaintiff alleges that his damages are more than the minimum amount necessary to invoke the jurisdiction of this Court.

**PLEASE TAKE NOTICE THAT THE PLAINTIFF DEMANDS THAT THE ABOVE-ENTITLED ACTION BE TRIED BY A TWELVE PERSON JURY.**

Dated at Milwaukee, Wisconsin this 1ˢᵗ day of October 2025.

                                          **HABUSH HABUSH & ROTTIER S.C.®**
Attorneys for Plaintiffs

Electronically signed:        */s/ Timothy S. Trecek*
                                       Timothy S. Trecek
                                       State Bar No. 1021161
                                       ttrecek@habush.com
                                       Jesse B. Blocher
                                       State Bar No. 1059460
                                       jblocher@habush.com

P.O. ADDRESS:
US Bank Building
777 East Wisconsin Avenue
Suite 2300
Milwaukee, WI   53202
(414) 271-0900

                                          **HERRLING CLARK LAW FIRM LTD.**
John D. Claypool
State Bar No. 1003743
jclaypool@herrlingclark.com

P.O. ADDRESS:
800 N. Lynndale Drive
Appleton, WI 54914
(920) 710-6748

13

**STATE OF WISCONSIN**     **CIRCUIT COURT**     **MILWAUKEE COUNTY**

| | |
|---|---|
| Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al | **Electronic Notice Status Change** |
| | Case No: 2025CV008537 |

ROSEMEAD HOME & GARDEN, INC.
C/O LESHI HUANG, REGISTERED AGENT
2181 E. FRANCIS ST.
ONTARIO CA 91761

For 2025CV008537, the electronic notice preference for Matthew Shawn Mayer, Wisconsin attorney for Common Ground Healthcare Cooperative, has changed.

Matthew Shawn Mayer has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 414-278-4140.

Milwaukee County Circuit Court
Date: October 14, 2025

**STATE OF WISCONSIN**      **CIRCUIT COURT**      **MILWAUKEE COUNTY**

| | |
|---|---|
| Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al | **Electronic Notice Status Change** |
| | Case No: 2025CV008537 |

ABC INSURANCE COMPANY

For 2025CV008537, the electronic notice preference for Matthew Shawn Mayer, Wisconsin attorney for Common Ground Healthcare Cooperative, has changed.

Matthew Shawn Mayer has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 414-278-4140.

Milwaukee County Circuit Court
Date: October 14, 2025

GF-208(CCAP), 06/2023 Electronic Notice Status Change    This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN          CIRCUIT COURT          MILWAUKEE COUNTY**

| | |
|---|---|
| Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al | **Electronic Notice Status Change** |
| | Case No: 2025CV008537 |

AMAZON.COM, INC.
410 TERRY AVENUE NORTH
SEATTLE WA 98109

For 2025CV008537, the electronic notice preference for Matthew Shawn Mayer, Wisconsin attorney for Common Ground Healthcare Cooperative, has changed.

Matthew Shawn Mayer has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 414-278-4140.

Milwaukee County Circuit Court
Date: October 14, 2025

GF-208(CCAP), 06/2023 Electronic Notice-Status Change          This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**       **CIRCUIT COURT**       **MILWAUKEE COUNTY**

Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al

**Electronic Notice
Status Change**

Case No: 2025CV008537

AMAZON.COM SERVICES, LLC.
410 TERRY AVENUE NORTH
SEATTLE WA 98109

For 2025CV008537, the electronic notice preference for Matthew Shawn Mayer, Wisconsin attorney for Common Ground Healthcare Cooperative, has changed.

Matthew Shawn Mayer has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 414-278-4140.

Milwaukee County Circuit Court
Date: October 14, 2025

GF-208(CCAP), 06/2022 Electronic Notice-Status Change     This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**        **CIRCUIT COURT**        **MILWAUKEE COUNTY**

| | |
|---|---|
| Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al | **Electronic Notice Status Change** |
| | Case No: 2025CV008537 |

AMAZON MARKETPLACE
410 TERRY AVENUE NORTH
SEATTLE WA 98109

For 2025CV008537, the electronic notice preference for Matthew Shawn Mayer, Wisconsin attorney for Common Ground Healthcare Cooperative, has changed.

Matthew Shawn Mayer has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 414-278-4140.

Milwaukee County Circuit Court
Date: October 14, 2025

**STATE OF WISCONSIN**         **CIRCUIT COURT**         **MILWAUKEE COUNTY**

| | |
|---|---|
| Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al | **Electronic Notice Status Change** |
| | Case No: 2025CV008537 |

DEF INSURANCE COMPANY

For 2025CV008537, the electronic notice preference for Matthew Shawn Mayer, Wisconsin attorney for Common Ground Healthcare Cooperative, has changed.

Matthew Shawn Mayer has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 414-278-4140.

Milwaukee County Circuit Court
Date: October 14, 2025

GF-208(CCAP), 06/2023 Electronic Notice-Status Change       This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**　　　　**CIRCUIT COURT**　　　　**MILWAUKEE COUNTY**

| | |
|---|---|
| Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al | **Electronic Notice Status Change** |
| | Case No: 2025CV008537 |

ABC CORPORATION

For 2025CV008537, the electronic notice preference for Matthew Shawn Mayer, Wisconsin attorney for Common Ground Healthcare Cooperative, has changed.

Matthew Shawn Mayer has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 414-278-4140.

Milwaukee County Circuit Court
Date: October 14, 2025

GF-208(CCAP), 06/2023 Electronic Notice-Status Change　　　This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **MILWAUKEE COUNTY**

| | |
|---|---|
| Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al | **Electronic Notice Status Change** |
| | Case No: 2025CV008537 |

GHI INSURANCE COMPANY

For 2025CV008537, the electronic notice preference for Matthew Shawn Mayer, Wisconsin attorney for Common Ground Healthcare Cooperative, has changed.

Matthew Shawn Mayer has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 414-278-4140.

Milwaukee County Circuit Court
Date: October 14, 2025

GF-208(CCAP), 06/2023 Electronic Notice-Status Change
This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN          CIRCUIT COURT          MILWAUKEE COUNTY**

| | |
|---|---|
| Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al | **Electronic Notice Status Change** |
| | Case No: 2025CV008537 |

JOHN DAVID CLAYPOOL
800 N. LYNNDALE DR.
APPLETON WI 54914

For 2025CV008537, the electronic notice preference for Matthew Shawn Mayer, Wisconsin attorney for Common Ground Healthcare Cooperative, has changed.

Matthew Shawn Mayer has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 414-278-4140.

Milwaukee County Circuit Court
Date: October 14, 2025

GF-208(CCAP), 06/2023 Electronic Notice-Status Change          This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**　　　　**CIRCUIT COURT**　　　　**MILWAUKEE COUNTY**

| | |
|---|---|
| Corinn M. Berholtz et al vs. Rosemead Home & Garden, Inc. et al | **Electronic Notice Status Change** |
| | Case No: 2025CV008537 |

JESSE BRIAN BLOCHER
N14W23755 STONE RIDGE DR.
SUITE 100
WAUKESHA WI 53188

For 2025CV008537, the electronic notice preference for Matthew Shawn Mayer, Wisconsin attorney for Common Ground Healthcare Cooperative, has changed.

Matthew Shawn Mayer has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 414-278-4140.

Milwaukee County Circuit Court
Date: October 14, 2025

GF-208(CCAP), 06/2023 Electronic Notice-Status Change　　This form shall not be modified. It may be supplemented with additional material.

Case 2:25-cv-01710-WED　　　Filed 11/03/25　　　Page 35 of 40　　　Document 1-1

Page 35

FILED
10-09-2025
Anna Maria Hodges
Clerk of Circuit Court
2025CV008537

STATE OF WISCONSIN     CIRCUIT COURT     MILWAUKEE COUNTY
BRANCH 42

---

**CORINN M. BERHOLTZ**,

     Plaintiff,

and

**COMMON GROUND HEALTHCARE COOPERATIVE**,

     Involuntary Plaintiff,

v.

**ROSEMEAD HOME & GARDEN, INC., ABC INSURANCE COMPANY, AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, AMAZON MARKETPLACE, DEF INSURANCE COMPANY, ABC CORPORATION** and **GHI INSURANCE COMPANY**,

     Defendants.

Case No. 25-CV-8537
Case Code No. 30100

---

### NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that the law firm of Weld Riley, S.C. by Matthew S. Mayer has been retained by and appears for Involuntary Plaintiff, Common Ground Healthcare Cooperative, as well as its authorized recovery agent, Conduent, Inc., in the above-entitled action, and request is hereby made that copies of all papers subsequent to the Summons and Complaint in said action be served upon it at the office address set forth below.

DATED this 9th day of October 2025.

         **WELD RILEY, S.C.**
         Attorneys for Involuntary Plaintiff, Common
         Ground Healthcare Cooperative

ADDRESS:
500 Third Street, Suite 800
P.O. Box 479
Wausau, WI 54402-0479          BY:_ Electronically Signed by Matthew S. Mayer_
715.845.8234 – telephone            MATTHEW S. MAYER
715.848.1085 – facsimile           State Bar No. 1001237
mmayer@weldriley.com

**FILED**
**10-13-2025**
**Anna Maria Hodges**
**Clerk of Circuit Court**
**2025CV008537**

## RETURN OF SERVICE

| Case:<br>2025CV008537 | Court:<br>Milwaukee County Circuit Court | County:<br>Milwaukee, WI | Job:<br>14286307 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Corinn M. Berholtz et al | | Defendant / Respondent:<br>Rosemead Home & Garden, Inc. et al | |
| Received by:<br>Magna Legal Services | | For:<br>Dane County Civil Process, LLC | |
| To be served upon:<br>Rosemead Home & Garden, Inc., c/o Leshi Huang, Registered Agent | | | |

I, Michelle Hernandez, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Ron D., Sales Manager, Company: 2181 E. Francis St., Ontario, CA 91761

**Manner of Service:**  Substitute Service - Abode, Oct 6, 2025, 10:48 am

**Documents:**  Electronic Filing Notice; Summons; Complaint

**Additional Comments:**
1) Successful Attempt: Oct 6, 2025, 10:48 am at Company: 2181 E. Francis St., Ontario, CA 91761
The documents were received by Ron D., Sales Manager - Authorized to Accept on Behalf of Rosemead Home & Garden, Inc., c/o Leshi Huang, Registered Agent.

Description of Individual Served: Age: 50's; Ethnicity: Hispanic; Gender: Male; Weight: 150 +/- lbs.; Height: 5'7"; Eyes: Brown; Hair: Black and Gray Hair

_Michelle Hernandez_                    10/07/2025
Michelle Hernandez                           Date

4651 Brookhollow Cir Suite C
Riverside, CA 92509
951-353-8281

**FILED**
**10-13-2025**
**Anna Maria Hodges**
**Clerk of Circuit Court**
**2025CV008537**

## AFFIDAVIT OF SERVICE

| Case: 2025CV008537 | Court: Milwaukee County Circuit Court | County: , WI | Job: 14286248 |
|---|---|---|---|
| Plaintiff / Petitioner: Corinn M. Berholtz et al | | Defendant / Respondent: Rosemead Home & Garden, Inc. et al | |
| Received by: Dane County Civil Process, LLC | | For: Habush, Habush, & Rottier - Racine | |
| To be served upon: Amazon.com Services, LLC c/o Corporation Service Company | | | |

I, Michael Jesse, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Cole Albert, Intern, Corporation Service Company, Registered Agent Company: 33 East Main Street Suite 610, Madison, WI 53703

**Manner of Service:** Registered Agent, Oct 3, 2025, 9:35 am CDT

**Documents:** Authenticated Summons and Complaint (Received Oct 2, 2025 at 1:00pm CDT), Electronic Filing Notice

**Additional Comments:**
1) Successful Attempt: Oct 3, 2025, 9:35 am CDT at Registered Agent Company: 33 East Main Street Suite 610, Madison, WI 53703 received by Cole Albert, Intern, Corporation Service Company. Age: 20-25; Ethnicity: Caucasian; Gender: Male; Weight: 140; Height: 5'9"; Hair: Blond; Served on an individual who claimed that they were authorized to accept service.

Fees:   $40.00

| | |
|---|---|
| _Michael Jesse_ | 10/09/2025 |
| Michael Jesse | Date |

Dane County Civil Process, LLC
345 W Washington Ave Suite 201
Madison, WI 53703
608-849-6420

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

10/09/2025          06/27/2028

Date          Commission Expires



**FILED**
**10-13-2025**
**Anna Maria Hodges**
**Clerk of Circuit Court**
**2025CV008537**

## DECLARATION OF SERVICE

| Case:<br>2025CV008537 | Court:<br>Milwaukee County Circuit Court | | County:<br>, WI | Job:<br>14286359 (TUM100225) |
|---|---|---|---|---|
| Plaintiff / Petitioner:<br>Corinn M. Berholtz et al | | | Defendant / Respondent:<br>Rosemead Home & Garden, Inc. et al | |
| Received by:<br>Dane County Civil Process, LLC | | | For:<br>Habush, Habush, & Rottier - Racine | |
| To be served upon:<br>AMAZON.COM, INC. | | | | |

I, Amber Gibbons, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | ELLEN JONES, CSR, CORPORATION SERVICE COMPANY; Registered Agent Company: 300 Deschutes Way Southwest Suite #208, Tumwater, WA 98501 |
| Manner of Service: | Registered Agent, Oct 2, 2025, 1:30 pm PDT |
| Documents: | Authenticated Summons and Complaint (Received Oct 2, 2025 at 1:00pm CDT), Electronic Filing Notice |

Additional Comments:
1) Successful Attempt: Oct 2, 2025, 1:30 pm PDT at Registered Agent Company: 300 Deschutes Way Southwest Suite #208, Tumwater, WA 98501 received by ELLEN JONES. Age: 56; Ethnicity: Caucasian; Gender: Female; Weight: 130; Height: 5'4"; Hair: Brown; Relationship: Customer Service Representative, Employee Authorized to Accept Service;

I declare under the criminal penalty of false swearing that the information I have provided is true and accurate

_____          10/03/2025

Amber Gibbons                                        Date
Thurston County #23-0727-18

2405 Evergreen Park Drive SW Suite B-2
Olympia, WA 98502
(360) 529-3933

**FILED**
**10-13-2025**
**Anna Maria Hodges**
**Clerk of Circuit Court**
~~**2025CV008537**~~

## AFFIDAVIT OF SERVICE

| Case:<br>2025CV008537 | Court:<br>Milwaukee County Circuit Court | County:<br>, WI | Job:<br>14286248 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Corinn M. Berholtz et al | | Defendant / Respondent:<br>Rosemead Home & Garden, Inc. et al | |
| Received by:<br>Dane County Civil Process, LLC | | For:<br>Habush, Habush, & Rottier - Racine | |
| To be served upon:<br>Common Ground Healthcare Cooperative, c/o Corporation Service Company | | | |

I, Michael Jesse, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Cole Albert, Intern, Corporation Service Company, Registered Agent Company: 33 East Main Street, Suite 610, Madison, WI 53703

**Manner of Service:**  Registered Agent, Oct 3, 2025, 9:35 am CDT

**Documents:**  Authenticated Summons and Complaint (Received Oct 2, 2025 at 1:00 pm CDT), Electronic Filing Notice

### Additional Comments:

1) Successful Attempt: Oct 3, 2025, 9:35 am CDT at Registered Agent Company: 33 East Main Street Suite 610, Madison, WI 53703 received by Cole Albert, Intern, Corporation Service Company. Age: 20-25; Ethnicity: Caucasian; Gender: Male; Weight: 140; Height: 5'9"; Hair: Blond; Served on an individual who claimed that they were authorized to accept service.

Fees:  $40.00

_____      10/09/2025
Michael Jesse                        Date

Dane County Civil Process, LLC
345 W Washington Ave Suite 201
Madison, WI 53703
608-849-6420

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

10/09/2025          06/27/2028
Date                Commission Expires

